IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SALVADOR ZAMORA JR.,

Defendant.

CASE NO. 1:25-CR-00099-JLT-SKO

**ORDER PARTIALLY UNSEALING SECOND SUPERSEDING INDICTMENT; FILE REDACTED COPY**

The United States, having applied to this Court for the second superseding indictment and arrest warrant for above-captioned proceedings to remain under seal in order to prevent the destruction of evidence and flight of the targets of the investigation, and for the arrest warrants with respect to Salvador Zamora Ja. and the other defendants, now having been executed and the need for sealing with respect to those defendants have ceased:

IT IS THEREFORE ORDERED that the second superseding indictment and arrest warrant filed in the above-entitled matter shall be unsealed as to Salvador Zamora Jr. in addition to the previously unsealed defendants; a copy of the second superseding indictment shall be filed on the public docket that is redacted to conceal the identity of the co-defendants who have not yet been apprehended. The unredacted indictment shall remain sealed.

IT IS SO ORDERED.

Dated: **September 24, 2026**

UNITED STATES MAGISTRATE JUDGE