# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SALVADOR ZAMORA JR.,<br>Defendant. | Case No. 1:25-cr-00099-JLT-SAB-7<br>ORDER REGARDING RECEIVING OF FUNDS INTO THE COURT'S REGISTRY FOR DEFENDANT<br>(ECF No. 334) |

The court released Defendant Salvador Zamora Jr. from the Southern District of California on a $40,000 appearance bond, secured by two cosigners and a $4,000 cash deposit. (See ECF No. 334, Transfer Documents, p. 3.) That court ordered Defendant to report to this court for further proceedings. (See id. at p. 14.) This court will receive the amount identified as the $4,000 cash deposit from the transferring district.

Accordingly, the Clerk of Court is ORDERED to receive these funds into the Court's Registry for Defendant Salvador Zamora Jr.

IT IS SO ORDERED.

Dated: **October 15, 2026**

STANLEY A. BOONE
United States Magistrate Judge